IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC C. STEWART**                                                      **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 4:19-cv-00120-GHD-JMV**

**OFFICER JEREMY MATTHEWS, ET AL**                      **DEFENDANTS**

**RULE 54(b) FINAL JUDGMENT WITH RESPECT TO DEFENDANT HOLLIS MYRICK**

Before the Court is an unopposed motion to direct entry of final judgment under Rule 54(b) with respect to Defendant Hollis Myrick. In light of this Court's prior dismissal order and memorandum opinion, *see* Doc. Nos. 100 & 101, and given that Defendant Myrick's motion is unopposed, the Court finds that a final judgment shall be directed in favor of Defendant Myrick.

**SO ORDERED**, this the 24th day of August, 2021.

                                                 /s/ Glen H. Davidson
                                                 SENIOR U.S. DISTRICT JUDGE