IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CEDRIC C. STEWART**                                              **PLAINTIFF**

**v.**                            **CIVIL ACTION NO. 4:19-CV-00120-GHD-JMV**

**OFFICER JEREMY MATHEWS, ET AL.**                  **DEFENDANT**

## ORDER OF DEFAULT

On August 19, 2021, the Court presided over a hearing related to an Order to Show Cause in which Defendant Jeremy Mathews was ordered to show cause as to why default judgment should not be entered against him [102]. The Court notes that it granted summary judgment in favor of Defendant Hollis Myrick on August 10, 2021 [101], and Plaintiff Cedric C. Steward has failed to identify the non-named Defendants in this case, leaving Defendant Mathews as the only named defendant remaining in this case.

In the hearing, Defendant Mathews was called three times in the vestibule to the courtroom, and another three times in open court, but failed to appear. In light of this failure to appear and present an argument as to why default judgment should not be entered against him, the Court finds that Defendant Mathews is in default. The matter of the appropriate amount of damages to be awarded to the Plaintiff will be addressed in a forthcoming hearing, to be scheduled contemporaneous to the issuance of this order.

SO ORDERED, this, the 24th day of August, 2021.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE