**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CEDRIC C. STEWART**                                                                               **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO.: 4:19-cv-120-GHD-JMV**

**OFFICER JEREMY MATHEWS, ET AL**                                          **DEFENDANTS**

**ORDER STRIKING PURPORTED STIPULATION**

Plaintiff filed a purported unsigned stipulation [134] on January 9, 2022. Said purported stipulation was improper as noted by the Clerk, and it does not comply with the local civil rules regarding withdrawal of counsel. *See* L.U.Civ.R. 83.1(b)(3).

**IT IS, THEREFORE, ORDERED AND ADJUDGED**

(1) That the purported stipulation [134] is hereby stricken.

**SO ORDERED AND ADJUDGED**, this the 13th day of January, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE